UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GIOTTO GERMANY,

        Plaintiff,

v.

        Case No. 2:21-cv-10879-MAG-APP

DEREK WATKINS,

        Defendant.

---

| GODWIN LEGAL SERVICES, PLC | BERRY MOORMAN P.C. |
|---|---|
| By: Shaun P. Godwin (P74500) | By: Mark E. Straetmans (P29158) |
| Attorney for Plaintiff |     David M. Foy (P42574) |
| 21905 Garrison Street |     Sandro DiMercurio (P80704) |
| Dearborn, MI 48124 | Attorneys for Defendant |
| (313) 288-2826 | 535 Griswold, Suite 1900 |
| shaun@godwinlegal.com | Detroit, MI 48226 |
| | (313) 496-1200 |
| | mstraetmans@berrymoorman.com |
| | dfoy@berrymoorman.com |
| | sdimercurio@berrymoorman.com |

---

## APPEARANCE AND NOTICE OF APPEARANCE

To:    Clerk of the Court

PLEASE TAKE NOTICE AND ENTER MY APPEARANCE as counsel on behalf of Defendant, Derek Watkins in the above-captioned matter. Counsel for Defendant also respectfully requests that all further pleadings, court notices, correspondence and other communications in this matter be directed to his attention at the address indicated below.

                                                    BERRY MOORMAN P.C.

|  |  |  |
|---|---|---|
|  | By: | */s/ David M. Foy* <br> David M. Foy (P42574) <br> Attorneys for Defendants <br> 535 Griswold, Suite 1900 <br> Detroit, MI 48226 <br> (313) 496-1200 |
| Date: May 7, 2021 |  | dfoy@berrymoorman.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2021, using the Court's electronic filing system, I electronically filed the foregoing document and this Certificate of Service with the Clerk of the Court which will serve same upon Plaintiff's counsel.

                                                By: */s/ Traci Gesquiere* <br>
                                                        Traci Gesquiere